# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:05-00150 |
| ) | No. 3:07-00053 |
| ) | JUDGE HAYNES |
| RAFI SHALIZI ) | |

## AGREED ORDER WITH RESPECT TO SUPERVISED RELEASE VIOLATION

The Defendant, Rafi Shalizi, appeared before this Honorable Court for a hearing on a Supervised Release Petition alleging violations of supervised release. For the limited purposes of this revocation hearing, the Defendant conceded violations of supervision. Pursuant to an agreed recommendation of the parties, Defendant Shalizi's supervised release is revoked, and he is hereby sentenced to a total term of eight (8) months to serve (concurrent on both cases), followed by an additional fifteen (15) months of Supervised Release (concurrent on both cases). As special conditions of Supervised Release, in addition to the original terms of supervision, Mr. Shalizi shall abstain from consumption of alcohol, shall participate in alcohol and drug testing and treatment as directed by the Probation Office, and shall participate in mental health counseling to address anger management issues, as recommended by the Probation Office.

**WHEREFORE**, it is **ORDERED** that the Defendant's Supervised Release is **REVOKED**. It is **FURTHER ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons for a total term of eight (8) months (concurrently on both cases), to be followed by a total of fifteen (15) month supervised release (concurrently on both cases), with the additional conditions outlined herein. This Court further recommends to the

1

Bureau of Prisons that the Defendant shall receive credit for his time spent in pre-trial detention since May 23rd, 2012, when the Defendant appeared in federal court on the warrant in this matter, and that the Defendant be incarcerated as close to Nashville, Tennessee as possible so as to be closer to his family.

Done in open court, this __18th__ day of June, 2012.

_____
WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_____
William J. Steed III
Attorney for the Defendant

_____
Blanche B. Cook
Attorney for the Government