| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 3:05-cr-00150 |
| | ) | 3:07-cr-00053 |
| | ) | CHIEF JUDGE HAYNES |
| RAFI SHALIZI | ) | |

*[handwritten: ORDER / This motion is GRANTED / William J. Haynes Jr. / 11-21-13]*

## UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

Undersigned counsel respectfully files this Motion to Continue the revocation hearing now set for November 25, 2013, at 4:30 p.m., in the above-styled cases. In support of this Motion, counsel submits the following:

(1)     The Defendant, Mr. Shalizi, is on supervised release. On November 1, 2013, Probation filed a Petition. (Case No. 3:05-cr-00150, Docket No. 67).· On November 5, 2013, counsel accompanied Mr. Shalizi as he voluntarily surrendered. The initial appearance was on November 5, 2013; undersigned counsel was re-appointed. (Case No. 3:05-cr-00150, Docket Nos. 70, 73). The Government did not seek detention; Mr. Shalizi was released on continuing supervision. (Docket No. 74).

(2)     This Court then set a revocation hearing for November 25, 2013; therefore, this is the first setting and first continuance request. (Docket No. 75). Neither party will be prejudiced by a delay, as Mr. Shalizi is not in custody and remains on supervision. Moreover, a delay may lead to a resolution of the case by agreement.

(3)     Assistant United States Attorney Blanche Cook has advised counsel that the Government does not oppose a continuance of this hearing.

(4)     Counsel seeks this continuance, in part, so the parties can continue efforts to reach an agreed resolution. The Government and defense have recently discussed

1