IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Nos. 3:05-00150 and 3:07-00053 |
| ) | Judge Haynes |
| RAFI SHALIZI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A revocation hearing is set in this action for **Friday, October 31, 2014 at 4:30 p.m.**

It is so **ORDERED**.

ENTERED this the 31st day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge